IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY M. AMES,

     Petitioner,                  No. 2:11-cv-0565 MCE JFM (HC)

   vs.

G. SWARTHOUT,

     Respondent.               <u>ORDER</u>

_____/

        The court issued findings and recommendations on July 25, 2011 recommending dismissal of this action due to plaintiff's failure to keep the court apprised of his current address. Although the court has been unable to deliver mail to petitioner, it became apparent that petitioner was able to file documents with the court and to receive documents filed by respondent. Upon further review, the undersigned has determined that petitioner's current address is correct, but his Inmate Number, as provided, was incorrect. The Prison Litigation Coordinator for California State Prison, Solano, where petitioner is currently housed, confirmed that petitioner's correct Inmate Number is K-86252.[1]

---

[1] The Inmate Number provided by petitioner (K-86525) inverts the last three numbers. As a result, the prison has been unable to locate petitioner to deliver the court's mail. Respondent's June 9, 2011 motion to dismiss was received by petitioner because respondent identified petitioner by the correct Inmate Number. <u>See</u> Doc. No. 11, Decl. of Service.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The July 25, 2011 findings and recommendations are vacated;

2. The Clerk of the Court is directed to modify the Docket to reflect petitioner's correct Inmate Number (K-86252); and

3. The Clerk of the Court is also directed to forward to petitioner copies of the following, in addition to a copy of the instant order:

    A. The April 22, 2011 order granting petitioner's motion to proceed in forma pauperis (Doc. No. 5);

    B. The May 11, 2011 Clerk's Notice (Doc. No. 10);

    C. The June 16, 2011 response to petitioner's request for copies (Doc. No. 12); and

    D. The July 25, 2011 findings and recommendations (Doc. No. 14).

DATED: August 26, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/ames0565.vac.fr

2